**Sam SHORES, Appellant,**

v.

**STATE, Appellee.**

No. 26917.

Court of Criminal Appeals of Texas.

March 3, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

Attempted burglary is the offense; the punishment, two years in the penitentiary.

Appellant has filed his affidavit stating his desire to have the appeal in this case dismissed.

Accordingly, the appeal is dismissed.

Opinion approved by the Court.